# COVINGTON

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

August 18, 2017

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

<u>Request To Be Sealed</u>

Re: <u>United States v. Weiner, 17 Cr. 307 (DLC)</u>

Dear Judge Cote:

  We write on behalf of Mr. Weiner to provide this brief further update on the scheduling of sentencing.  First, after consulting with Mr. Weiner and further evaluation, we cannot in good service to our client agree to waive the 35 day period we are entitled to after receipt of the first disclosure of the Presentence Investigation Report set forth in Federal Rule of Criminal Rule 32(e)(2).  Even if the psychosexual report is entirely positive, Mr. Weiner's ███████ ████████████████████████████████████ the defense needs to research and recommend treatment programs (both BOP and otherwise) that can address whatever needs are described in the report.

  Understanding that the Court is eager to proceed to sentencing as soon as possible, Mr. Weiner ██████████████████████████████████████████████████████████ ███  be available on Friday, September 29 or Friday, September 22 so that █████████████████████████████████████.  However, September 22 is Rosh Hashanah, which we understand is problematic for the government as well as Mr. Weiner.  We respectfully request that this letter be sealed as it is addresses issues relating to █████████████████████████████████████████.

          Respectfully submitted,

          /s Arlo Devlin-Brown

          Arlo Devlin-Brown

cc: AUSAs Amanda Kramer & Stephanie Lake

NY: 1065480-1