

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2017

**BY ECF & HAND**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2017
```

Re: **United States v. Anthony Weiner,**
    **17 Cr. 307 (DLC)**

Dear Judge Cote:

The Government respectfully writes to convey the parties' joint request for a two-day extension of the deadlines for filing sentencing submissions in the above-captioned matter to accommodate the scheduling needs of the United States Probation Department. The parties request a deadline of September 13, 2017 for the defense sentencing submission and a deadline of September 20, 2017 for the Government's sentencing submission. The defendant is scheduled to be sentenced on September 25, 2017.

*Granted.*
*Denise Cote*
*9/8/17*

Respectfully submitted,

JOON H. KIM
Acting United States Attorney for the
Southern District of New York

By: /s/
Amanda Kramer/Stephanie Lake
Assistant United States Attorneys
(212) 637-2478/1066

cc: Arlo Devlin-Brown, Esq. (by ECF and e-mail)