## COVINGTON

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

September 22, 2017

**By Hand and ECF**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *United States v. Anthony Weiner*, 17 Cr. 307

Dear Judge Cote:

Pursuant to the Court's order of September 19, 2017, we have conferred with the Government as to whether any portions of Exhibit 43 are appropriate for public filing. We have agreed that a redacted form of Exhibit 43 can be publically filed and that limited redactions, highlighted in the enclosed exhibit, can be made for the reasons identified in the defense's letter to the Court, dated September 13, 2017 (Doc. No. 26). We also propose that the final sentence in footnote 41 on page 45 of Mr. Weiner's sentencing submission be unredacted, to reflect the changes in Exhibit 43. With the Court's approval, we will file revised redacted versions of these documents on ECF.

In addition, we are submitting a letter that we received from a member of the community who asked that the letter be submitted to the Court for consideration at sentencing. The version of the letter filed on ECF contains proposed redactions, specifically, in accordance with your Honor's "Individual Rules of Practice for Sentencing Proceedings," home address information.

We are available to provide any further information the Court requires to assess this request.

Respectfully submitted,

Arlo Devlin-Brown
Erin Monju

cc:   Amanda Kramer, Esq.
      Stephanie Lake, Esq.